UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-62447-Civ-SCOLA

JEAN PAUL MUNOZ,

    Plaintiff,

vs.

D.B.D. MANAGEMENT, INC.,

    Defendant.

_____/

## ORDER DISMISSING CASE

THIS MATTER is before the Court upon independent review of the record. On May 21, 2012, this Court entered an Order to Show Cause in regards to the parties' failure to timely file a Joint Discovery Plan and Conference Report. By phone call to Plaintiff's counsel, the Court was made aware that the parties had reached a settlement over three months ago and that Defendant had executed the settlement agreement and sent it for Plaintiff's signature and approval. Counsel represented, however, that Plaintiff became incommunicative with him and was not returning his phone calls. As such, counsel informed the Court that irreconcilable differences necessitated his withdrawal from the representation. Plaintiff's refusal to communicate had frustrated the progress and resolution of this case, apparently making it impossible to either finally execute the settlement that he previously agreed to or to prepare the Joint Report required by this Court's procedures in the absence of any settlement.

Accordingly, on June 4, 2012, the Court entered an Order permitting counsel's withdrawal and expressly directing the Plaintiff to retain new counsel or file a Notice of Intent to Proceed *Pro Se* no later than **June 18, 2012**. Plaintiff has failed to comply with this Court's Order; to date, no new counsel has filed a Notice of Appearance on Plaintiff's behalf, nor has Plaintiff filed a Notice of Intent to Proceed *Pro Se*. The prior Order expressly advised Plaintiff that "***failure to follow this Order and meet the June 18, 2012 deadline may result in sanctions without further notice,***

*including the striking of Plaintiff's Complaint and dismissal of this action.*" Given Plaintiff's unwillingness to prosecute this action and abject lack of cooperation, the Court finds the case should be dismissed without prejudice.

Accordingly, it is hereby **ORDERED and ADJUDGED** that this case is **DISMISSED** without prejudice. The Clerk shall **CLOSE** this matter. All pending motions, if any, are **DENIED** as moot.

**DONE and ORDERED** in Chambers at Miami, Florida on July 5, 2012.

_____
**ROBERT N. SCOLA, JR.**
**UNITED STATES DISTRICT JUDGE**

Copies to:
*Counsel of Record*
*Designated U.S. Magistrate Judge*
*Plaintiff Jean Paul Munoz (Address of Record)*